IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 06-1304 SBA |
| Plaintiff, | **AMENDED ORDER** |
| v. | [Docket Nos. 152, 173, 178, 183, 192, 196, and 202] |
| CHRISTOPHER MURAD, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED THAT, pursuant to Civil Local Rule 72-1, Plaintiff's Motions for Entry of Default Judgment [Docket Nos. 152, 173, 178, 183, 192, 196, and 202] are REFERRED to a Magistrate Judge for a report and recommendation.

IT IS FURTHER ORDERED THAT the October 17, 2006 hearing date on the Motions for Entry of Default Judgment in this Court is VACATED.

IT IS SO ORDERED.

Dated: 11/6/06

SAUNDRA BROWN ARMSTRONG
United States District Judge