```
KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (CSBN 56320)
Assistant United States Attorney

    450 Golden Gate Avenue
    10th Floor, P.O. Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-6748
    Email: Charles.O'Connor@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO: C 06-1304 SBA |
|---|---|
| Plaintiff, | ) |
| v. | ) **INDIVIDUAL STIPULATIONS FOR** |
|  | ) **DISMISSAL AND REQUEST FOR** |
|  | ) **ENTRY OF ORDER DISMISSING** |
| CHRISTOPHER MURAD, et al., | ) **CERTAIN NAMED DEFENDANTS** |
|  | ) **AND** |
| Defendants. | ) **ORDER** |
|  | ) [Proposed] |

The plaintiff, United States of America (hereafter, "the United States") originally filed this action on February 22, 2006. A Second Amended Complaint was filed on November 1, 2006. Numerous defendants have been named in this action.

Certain defendants have now removed their trailers or mobile homes and all other personal property from their formerly assigned spaces at Pleasure Cove Marina, Lake Berryessa, California. Those defendants and the United States have signed the attached individual stipulations for dismissal of those defendants from the lawsuit. Therefore, pursuant to those stipulations, the

**REQUEST & ORDER FOR DISMISSAL**
*U.S.A. v. Murad*, C06-1304 SBA

parties ask the Court to sign the Order, below, dismissing the individual defendants named in the Order, in accordance with all the terms of their attached stipulations for dismissal.

DATED: November 21, 2006            Respectfully submitted,

                                                KEVIN V. RYAN
                                                United States Attorney

                                                /s/
                                        _____
                                        CHARLES M. O'CONNOR
                                        Assistant United States Attorney

                                          Attorneys for
                                          THE UNITED STATES OF AMERICA

## **ORDER**

Pursuant to the foregoing request and all the terms of the attached individual stipulations for dismissal,

IT IS HEREBY ORDERED, that the following named parties are dismissed from this action, with prejudice:

                              **Richard and Valerie Amador**

                              **Todd and Wendy Anken**

                              **Ernest Arndt and Valerie Nassif**

                              **Tim and Suzanne Brown**

                              **Kevin Burnett**

                              **Don and Rhonda Dallimonti**

                              **Gus and Gladys Greco**

                              **Mark Holdener**

                              **Scott and Kathy Jenkins**

                              **Kurt & Carol Krauthamer**

                              **Stan Krzywicki**

                              **Thaddeus Krzywicki**

**REQUEST & ORDER FOR DISMISSAL**
*U.S.A. v. Murad*, C06-1304 SBA               **-2-**

        **Richard and Adrienne Lanza**

        **Greg Marlow**

        **Teresa Marshall**

        **Roger and Meslissa Meagor**

        **Christopher and Lisa Murad**

        **Bob Naylor**

        **Jeff Pruett**

        **Bill and Loretta Rebero**

        **Dan and Ann Reed**

        **Jim and Ione Sanders**

        **Thomas and Laurie Schefer**

        **Toni Schmit**

        **Scott Shelley**

        **Jennifer Skrel**

        **Boyd and Dani Stockham**

        **Joe Valenzuela**

        **David and Audrey Wheeler**

IT IS FURTHER ORDERED that each party shall bear their own costs.

Dated: 11-27- , 2006

*/s/ Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
JUDGE, U.S. DISTRICT COURT

**REQUEST & ORDER FOR DISMISSAL**
*U.S.A. v. Murad*, C06-1304 SBA     **-3-**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REQUEST & ORDER FOR DISMISSAL**
*U.S.A. v. Murad*, C06-1304 SBA          **-4-**