**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

 v.

CHRISTOPHER MURAD, *et al.*,

    Defendants.

No.  C 06-1304 SBA

**ORDER**

[Docket Nos. 173, 183, 192]

On December 20, 2006, Magistrate Judge Joseph C. Spero issued a Report and Recommendation on several motions for default judgment submitted by plaintiff United States of America [Docket No. 231].  It recommends the motions for default judgment be granted.  No objections have been filed.  After reviewing the Report and Recommendation, the Court hereby adopts it as this Court's ORDER.

IT IS SO ORDERED.

February 22, 2007

                                                            _____
Saundra Brown Armstrong
United States District Judge