SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
Northern District of California
JOANN SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (CSBN 56320)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102-3495
Telephone:  (415) 436-7200
Facsimile:   (415) 436-6748

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO: C 06-1304 SBA |
| Plaintiff, | ) |
| v. | ) **STIPULATION FOR ENTRY** |
| | ) **OF WRIT OF ASSISTANCE** |
| CHRISTOPHER MURAD, BRUCE MACDOUGALL AND MARY ANN MACDOUGALL, et al., | ) **IN AID OF JUDGMENT** |
| | ) **Hearing Date: September 18, 2007** |
| Defendants. | ) **Time:          1:00 p.m.** |
| _____ | ) **Courtroom:   No. 3** |

   Pursuant to notice and motion, the United States' motion for writ of assistance in aid of judgment ("Motion") is set for hearing on September 18, 2007, at 1:00 p.m., at Courtroom No. 3 of the above entitled Court.  The said Motion seeks a writ of assistance to carry out the terms of the Court's Order Granting Default Judgment Against Bruce MacDougall and Mary Ann MacDougall ("Defendants"), filed April 2, 2007, which order was granted without objection by the Defendants.

   The Defendants do not oppose entry of an order granting the motion for writ of assistance and hereby, waive their right to appear at the hearing on September 18, 2007.  Therefore,

//

**STIPULATION  RE WRIT OF ASSIST.**
*U. S.  v. Murad, MacDougalls,* **C 06-1304 SBA**

1   IT IS HEREBY STIPULATED by the undersigned parties that the Court may grant the
2   Motion and  enter the form of Writ of Assistance which was submitted with the papers
3   supporting the United States' Motion (and submitted herewith), without appearance by the
4   Defendants and without a hearing on the Motion.  A copy of the said form of Writ of Assistance
5   is attached, for convenience of the Court and the parties.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: August 3, 2007

/s/
_____
CHARLES M. O'CONNOR
Assistant United States Attorney

Attorneys for Plaintiff

Dated: August, 2007

/s/
_____
BRUCE MACDOUGALL

Defendant

Dated: August, 2007

/s/
_____
MARY ANN MACDOUGALL

Defendant

**ORDER**

   IT IS SO ORDERED.   The attached form of Order will be signed by the Court and entered.
The hearing on the Motion, set for September 18, 2007 shall be taken off calendar, and the
parties need not appear on that date.

Dated: September 10, 2007

_Sandra B Armstrong_
_____
SANDRA BROWN ARMSTRONG
United States District Judge

**STIPULATION  RE WRIT OF ASSIST.**
*U. S.  v. Murad, MacDougalls,* **C 06-1304 SBA**

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION  RE WRIT OF ASSIST.**
*U. S.  v. Murad, MacDougalls,* **C 06-1304 SBA**

**-3-**