```
SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (CSBN 56320)
Assistant United States Attorney

     450 Golden Gate Avenue
     9th Floor, P.O. Box 36055
     San Francisco, CA 94102-3495
     Telephone:  (415) 436-7200
     Facsimile:  (415) 436-6748
     Email:  Charles.O'Connor@usdoj.gov
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MURAD, BRUCE MACDOUGALL, MARY ANN MACDOUGALL, et al.,<br><br>Defendants. | **CASE NO: C 06-1304 SBA**<br><br>**WRIT OF ASSISTANCE**<br><br>(Proposed) |

**TO THE U.S. MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA,**

**GREETINGS:**

The defendants Bruce MacDougall and Mary Ann MacDougall (hereinafter "the MacDougalls" or "Defendants"), having been, by Order Granting Default Judgment ("Default Judgment") of the Court on the 2nd day of April, 2007, commanded to deliver possession to the United States of America of the premises therein described, to wit:

    Site 20, Pleasure Cover Resort
    Lake Berryessa, Napa County, California

and proof having been made by affidavit of refusal or neglect by the MacDougalls, to obey said Order:

**WRIT OF ASSISTANCE**
*U.S.A. v. Murad, MacDougalls* **C06-1304 SBA**

NOW THEREFORE, you are hereby commanded that, immediately after the receipt of this writ, you are to enter the aforesaid premises, Site 20 in Pleasure Cove resort, Lake Berryessa, Napa County, California (the "Property"), and take all necessary steps to put the United States in possession by doing the following:

1) Remove Bruce MacDougall and Mary Ann MacDougall from the Property, and thereafter, immediately secure the Property for the benefit of the United States;

2) Remove any personal property remaining on the Property after the departure (or removal) of the MacDougalls from the Property, including but not limited to travel trailers, mobile homes, decks, sheds, and any other items of any description;

3) At his discretion, the U.S. Marshal may either (a) immediately dispose of the mobile home and any personal property removed under paragraph 2), above, from the Property, including disposal in appropriate debris or garbage containers; or (b) store the mobile home and such personal property for sale under paragraph 4);

4) The U.S. Marshal may sell or otherwise dispose of the mobile home and/or any personal property taken from the Property. Any sale shall be conducted pursuant to 28 U.S.C. §§ 2001 and 2004, including by private sale. If the U.S. Marshal later determines that the mobile home or certain personal property that has been stored cannot be sold, he may abandon it; and ,

5) Clean or contract for the clean up of the Property.

Dated: __9/11/___, 2007

_Saundra B. Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

**WRIT OF ASSISTANCE**
*U.S. v. Murad, MacDougalls* **C 06-1304 SBA**        **-2-**