**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,  )  | **Case No. C 06-1304 SBA** |
| ) | |
| Plaintiff,  ) | |
| v.  ) | **FINAL JUDGMENT** |
| ) | |
| **CHRISTOPHER MURAD, et al.**,  ) | |
| ) | |
| Defendants.  ) | |
| _____  ) | |

Pursuant to the written stipulation by the plaintiff and certain named defendants, this Court entered an Order dismissing all those defendants from the above-captioned case, with prejudice, on November 28, 2006.

Upon application by the plaintiff, Default was entered by the Clerk of Court as to defendants Mark Caruso, Janette Caruso, Half Moon Bay Coastside Foundation, and California Water Posse on December 27, 2006.

Upon further application by the plaintiff, an Order Granting Default Judgment Against Bruce MacDougal and Mary Ann MacDougall was entered on April 2, 2007.

On February 22, 2007, pursuant to the Magistrate Judge's Report & Recommendation re Motions for Entry of Default Judgment, this Court entered an Order granting the plaintiff's motion for default judgment against certain other named defendants in this case.

IT IS HEREBY ORDERED that final judgment is entered in this case, pursuant to the above-referenced Orders and Default, and

//

-2-

1    IT IS FURTHER ORDERED that each party shall bear their own costs.

2

3    Dated: January 13, 2009

4                                             _____
                                              SAUNDRA BROWN ARMSTRONG
5                                             United States District Court Judge

**No. C 06-1304 SBA**
**FINAL JUDGMENT**

-2-